482 A.2d 17

**Andre Derreck NUTT**

v.

**STATE of Maryland.**

**No. 49, Sept. Term, 1984.**

Court of Appeals of Maryland.

Oct. 4, 1984.

Sherrie R. Berger, Asst. Public Defender, Baltimore (Alan H. Murrell, Public Defender, Baltimore, on brief), for appellant.

Deborah K. Chasanow, Asst. Atty. Gen., Baltimore (Stephen H. Sachs, Atty. Gen., Baltimore, on brief), for appellee.

Argued Before MURPHY, SMITH, ELDRIDGE, COLE, RODOWSKY and COUCH, JJ., and W. ALBERT MEN-CHINE, Associate Judge of the Court of Special Appeals (Retired), Specially Assigned.

## ORDER

PER CURIAM.

The petition for writ of certiorari, in the above entitled case, having been granted, 476 A.2d 720, and heard, it is this 4th day of October, 1984

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.